1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | ANN H. VORIS, Bar #100433
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5 |
Attorney for Defendant
6 | ORACIO MEDINA-BAUTISTA

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,          )   NO. 1:09-cr-0212 OWW
                                       )
12 |                 Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE; ORDER
13 |       v.                           )
                                       )   Date:  October 13, 2009
14 | ORACIO MEDINA-BAUTISTA,            )   Time:  9:00 a.m.
                                       )   Judge: Hon. Oliver W. Wanger
15 |                 Defendant.         )
                                       )
16 | _____    )

17 |

18 |       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 | counsel that the status conference in the above-captioned matter now set for September 14, 2009, **may be**

20 | **continued to October 13, 2009 at 9:00 A.M.**

21 |       This reason for the continuance is to permit further plea negotiations. This continuance will

22 | conserve time and resources for both parties and the court.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ////

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice, including but not limited to, the need for the period of time set forth herein for effective defense

3   preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

4                                                              LAWRENCE BROWN
                                                             United States Attorney

5

6   DATED:  September 9, 2009                    By:    /s/ *Ian Garriques*
                                                             IAN GARRIQUES
7                                                            Assistant United States Attorney
                                                             Attorney for Plaintiff
8

9                                                            DANIEL J. BRODERICK
                                                             Federal Defender
10

11  DATED:  September 9, 2009                    By:    /s/ *Ann H. Voris*
                                                             ANN H. VORIS
12                                                           Assistant Federal Defender
                                                             Attorney for Defendant
13                                                           ORACIO MEDINA-BAUTISTA

14

15

16

17                                           **O R D E R**

18        **IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and

19  3161(h)(8)(B)(i) and (iv).

20  IT IS SO ORDERED.

21  **Dated:    September 9, 2009**                     **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28